# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SHIRLEY L. MAGEE,**            Case No.  **3:13-CV-249**

    Debtor-Appellee,

                                    **Judge Timothy S. Black**

-vs-

**NICHOLAS L. WELLER,**

    Creditor-Appellant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that an Order the Bankruptcy Court is **AFFIRMED**; the Debtor's Chapter 13 Plan is **CONFIRMED**; and the case is **CLOSED** from the docket of the Court.

Date: September 24, 2013                        **JOHN P. HEHMAN, CLERK**

                                                By: *s/ M. Rogers*
                                                Deputy Clerk